IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAORLINA
STATESVILLE DIVISION
CASE NO.: 5:12-cv-00016-RLV-DSC

| | |
|---|---|
| HAROLD N. ORBAN, and <br> VICTORIA L. ORBAN, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONWIDE TRUSTEE SERVICES, INC., <br> KERRIE A. VERSTRATE, BANK OF <br> AMERICA, and BANK OF NEW YORK MELLON <br> f/k/a BANK OF NEW YORK, SUCCESSOR <br> TO JP MORGAN CHASE BANK, N.A., AS <br> TRUSTEE FOR THE CERTIFICATE <br> HOLDERS OF CWHEQ, INC., REVOLVING HOME <br> EQUITY LOAN ASSET-BACKED NOTES SERIES <br> 2006-I <br><br> Defendants. | ORDER |

**BEFORE THE COURT** is its own Order directing the parties to file a status update. The Court-mandated mediation was scheduled to be completed by this date. The parties are directed to file a status update with the Court within three (3) days stating (1) whether mediation has been completed; or (2) why mediation was not completed.

**SO ORDERED.**

Signed: August 24, 2015

Richard L. Voorhees
United States District Judge