# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| HAROLD N. ORBAN, VICTORIA L. ORBAN, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 5:12-CV-00016-RLV-DSC |
| vs. | ) ) | |
| NATIONWIDE TRUSTEE SERVICES, INC., KERRIE A. VERSTRATE, BANK OF AMERICA, BANK OF NEW YORK MELLON, | ) ) ) ) ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 27, 2015, Order.

Signed: August 27, 2015

_____
Frank G. Johns, Clerk
United States District Court